UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEEVINE J. COLON,

                Plaintiff,

                                                    ORDER
      v.                                                  11-CV-210A

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 23, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be denied and that plaintiff's motion for judgment on the pleadings be granted in part and denied in part.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for judgment on the pleadings is denied and plaintiff's motion for judgment on the pleadings is granted in part and denied in part.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                                          *s/ Richard J. Arcara*
                                                 HONORABLE RICHARD J. ARCARA
                                                 UNITED STATES DISTRICT JUDGE

DATED: May 21, 2013